United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3756
_____

United States of America

*Plaintiff - Appellee*

v.

Dossie E. Richmond

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: May 31, 2022
Filed: June 8, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Dossie Richmond appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. *See* 21 U.S.C. § 841(a)(1) and (b)(1)(B). His

---

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the prison sentence.

Having reviewed the record under a deferential abuse-of-discretion standard of review, *see Gall v. United States*, 552 U.S. 38, 41, 51 (2007), we conclude Richmond's prison sentence was not substantively unreasonable. The district court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. *See* 18 U.S.C. § 3553(a); *United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Furthermore, the district court imposed a sentence below the Guidelines range. *See United States v. Bevins*, 848 F.3d 835, 841 (8th Cir. 2017) ("[I]t is nearly inconceivable that a sentence is so high as to be substantively unreasonable and constitute an abuse of discretion when the district court imposed a below-Guidelines sentence." (internal quotation marks omitted)). Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____